**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TONY CASTINO RUTHERFORD,** ) | **CASE NO. 4:11CV3130** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **MEGAN SKRDLANT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on its own motion. Plaintiff filed a Complaint in this matter on August 2, 2011. (Filing No. 1.) Thereafter, this court granted his Motion for Leave to Proceed in Forma Pauperis ("IFP"), and assessed an initial partial filing fee in accordance with 28 U.S.C. § 1915(b)(1). In addition, the court warned Plaintiff that his case would be subject to dismissal if he failed to pay the initial partial filing fee by September 12, 2011. (Filing No. 6.) Subsequently, the court extended the time for Plaintiff to pay the initial partial filing fee until October 27, 2011. (Filing No. 8.)

The October 27 deadline has passed and Plaintiff has not paid his initial partial filing fee in this matter. (See Docket Sheet.) Accordingly, Plaintiff's case will be dismissed for failure to comply with the court's orders. See Fed. R. Civ. Pro. 41(b); *see also Conley v. Holden*, No. 03-3908, 2004 WL 2202452, at *1 (8th Cir. Sept. 21, 2004) (affirming district court's dismissal of inmate's case for failing to pay the assessed initial partial filing fee).

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (filing no. 1) is dismissed without prejudice because Plaintiff failed to comply with this court's orders; and

2.	A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 28th day of November, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.